# EXHIBIT A

## PERISHIP SERVICE AGREEMENT

This PeriShip Service Agreement (this "Agreement") is entered into as of 2/8/2016 ( "Effective Date") between PeriShip, LLC ("PeriShip") and Mouth Foods including any of its divisions, subsidiaries and affiliates, a majority (defined as 51%) of whose voting < or equity is directly or indirectly owned thereby ("you" or "your").

### 1) PeriShip Services

(a) The Services. Under this Agreement, PeriShip will act as your shipping & logistics co itor, managing the movement of your packages through the Federal Express Corporation ("FedE tem (the "Services"). You must use the automated shipping devices provided by FedEx or 1 to www.fedex.com and use the Ship Manager and/or other expressly approved software prog r all shipments.

(b) Account Number. The Services apply only to FedEx shipments covered by PeriShip. You mu the third party FedEx account number assigned to you by PeriShip (the "Account Number") for all ges you ship as part of the Services. Only packages shipped using the Account Number will ced according to the terms of this Agreement. Unauthorized shipments will be billed at th rent published FedEx rates.

(c) Shipping Locations. This Agreement applies only to the shipping locations designated by and verified by PeriShip. If you would like to add additional locations or drop shippers to this Agree you must notify PeriShip in writing of such locations at least seven (7) business days in advance of ent.

### 2) Pricing Provisions

The pricing for the Services will be calculated in accordance with your Customized Rate Schedule hed hereto as Exhibit A (the "Rate Schedule"). These rates are for *base freight cost only* and do not inclu ecial handling fees, ancillary or other surcharges (collectively the "surcharges") levied by FedEx unless ssly stated otherwise. Other charges are set forth in the Client Manual, as defined below. It is understood t dEx independently sets such surcharges and may change them from time to time without notice. The pricin orth in the Rate Schedule only applies to Standard, Priority, Economy two-day, Express Saver, FedEx G and Home Delivery shipping. Other FedEx services may be provided upon special request, subject to availa

Customer acknowledges that if there is no shipping activity for sixty (60) consecutive days may result i cing change and/or account termination at PeriShip sole discretion; in such event PeriShip may apply modif cing support to Customer shipments and/or terminate service agreement upon two (2) days written or ele cally transmitted notice to addresses on file.

Customer acknowledges that there is a minimum weekly invoicing of $25. In the event that the C ier's weekly invoice amounts to less than twenty-five (25) dollars you will be invoiced by PeriShip the $25 m n to cover administrative costs.

### 3) Payment Terms

PeriShip will send you a weekly invoice in accordance with the Rate Schedule. In order to provide yo 1 an

Initials ties

outstanding customer service experience, PeriShip requires all payments to be made within sever ays from the date of the relevant invoice (the "Payment Due Date") without any deduction, set- off or cou aim, unless you have made special arrangements which have been confirmed in writing with PeriShip's a ting department. You must make full payment of each invoice by the Payment Due Date, regardless of an tion you may have to submit a Claim, as defined in Section 7. No payment or partial payment may b held because of FedEx surcharges or Claims in process. You must obtain

PeriShip's written permission prior to the Payment Due Date if you intend to make payment of a ount different than the invoiced amount. Any extra ancillary charges by FedEx must be paid when bille ese charges can be assessed at any time, even after actual shipment has occurred. Please note the are responsible for the cost of mailing all payments to PeriShip. If you have not paid the cost of mailing a p nt, it will be billed to your account.

If you do not make payment of any outstanding invoice amount by the Payment Due Date, your accoun e in payment default ("Payment Default"). If you are in Payment Default, PeriShip will charge interest at e of twelve percent (12%) per annum, accruing monthly on any amounts due and also reserves the right rge you for other related fees and expenses, including but not limited to the costs of collection, reasonabl ney fees and court costs.

If your account is in Payment Default for more than thirty (30) days on more than one (1) occasion in a elve (12) month period, PeriShip may suspend your shipping privileges and the total amount due to Pe will become immediately due and payable. In such event, PeriShip may, in its sole discretion, allow you to tate your account and resume the Services if you pay an amount equal to the total of your last four ( oice amounts. PeriShip will use this amount to pay any outstanding invoice, and will keep the remainder as urity deposit without interest. If your account remains in good standing for a period of three (3) months from ip's receipt of the security deposit, PeriShip will return the remainder to you at the end of this period. the amount will remain on deposit until, in PeriShip's sole discretion, a consistent, on-time payment n is established. PeriShip reserves the right to use the amounts held on deposit to fulfill your payment o ons. **The use of such amounts by PeriShip to pay your outstanding invoice amounts shall r fect PeriShip's ability to terminate your account and this Agreement for Payment Default under Sect (b).**

**4) Client Manual and Service Guide.**

The Services provided hereunder are subject to the terms and conditions of (i) the PeriShip Client M (the "Client Manual"), a copy of which has been provided to you, and (ii) the then-current FedEx Service ( (the "FedEx Service Guide"), available at http://www.fedex.com/us/service-guide/index.html, both of by reference thereto are fully incorporated herein in all manner and respect as though written in this Agre t. In the event of any inconsistency between this Agreement and the terms and conditions of the Client Mar the FedEx Service Guide, the terms of this Agreement shall govern. PeriShip reserves the right to r this Agreement to reflect changes to the FedEx Service Guide, at any time without notice. If such revision r in a rate increase, PeriShip shall send you written notice at least ten (10) business days prior such price inc By **signing this Agreement, you acknowledge that you have received and have had the opportunity iew the Client Manual and the FedEx Service Guide. YOU FURTHER ACKNOWLEDGE THAT BY ING THIS AGREEMENT AND SHIPPING A PACKAGE AND PRODUCT HEREUNDER, YOU ARE AGRE TO ALL OF THE FEDEX TERMS AND CONDITIONS AS MAY BE APPLICABLE AT THE TIME OF S ENT REGARDING AND RELATING TO THE SHIPMENT OF PERISHABLE AND NON-PERISHABLE PR CTS AS SET FORTH IN (A) FED EX EXPRESS TERMS AND CONDITIONS, US SHIPMENTS, (B) EX EXPRESS TERMS AND CONDITIONS, INTERNATIONAL SHIPMENTS (U.S. EDITION), (C) EX GROUND TARIFF 200-AA, AND (D) THE PERISHIP CLIENT MANUAL, ALL OF WHICH AR LY INCORPORATED HEREIN IN ALL MANNER AND RESPECT AS IF WRITTEN IN THIS AGREEM UND**

Initials ties

SHALL INCLUDE ALL AMENDMENTS AND REVISIONS THERETO.

5) **Warranties**

By signing this Agreement, you acknowledge that your shipments may encounter changes in temperatu d neither PeriShip nor FedEx provides any warranties with respect to temperatures encountered during the transportation process. You further understand and acknowledge that neither FedEx Ground nor FedEx Delivery provides protective services for transportation of perishable commodities or of commodities requ protection from heat or cold. Such commodities will be accepted for transportation solely at the shipper's or loss of value or damage occasioned by exposure to heat or cold. The shipper agrees to not file damage for perishable items with respect to express shipments. For more information refer to http://www.fedex.com/us/service-guide/terms/express-ground/ You agree not to file any claim against eit PeriShip or FedEx for damage to shipments as a result of any condition encountered during the transpor of such a shipment. You further agree, understand and acknowledge that neither PeriShip nor FedEx shall responsible for, and no claim may be filed with respect to, any damage resulting from an Act of God or F Majeure event (as defined in Section 12(g)).

Except as set forth herein, you also acknowledge that shipments may be delayed in transit and tha Ship may, in its sole discretion, determine that any shipment should be released, returned, destroyed, rerou not delivered due to known or unknown conditions or situations that may affect the transit of such a ship If a shipment is returned to you, you agree to pay all applicable transportation charges

You may submit a Claim for shipments that are damaged, lost or destroyed, in accordance with Section ow.

In the event you or any representative on your behalf requests PeriShip to return, intercept or destroy a ment traveling in the Federal Express Network, PeriShip will exercise reasonable commercial efforts to the request. However, you agree that PeriShip will not be liable or responsible for compliance or noncompl with any request to return, intercept or destroy a shipment in transit or to prevent delivery.

6) **Money Back Guarantee**

FedEx offers a Money Back Guarantee Policy, as described in the FedEx Service Guide (the "Mo Back Guarantee"). The Money Back Guarantee applies to shipments delivered after the designated delivery You hereby acknowledge that the Money Back Guarantee does not apply to shipments delivered on the de date but after the designated commitment time, and you agree to waive any right you may have eive adjustments, refunds or credits for shipments delivered on the delivery date but after the designated co ment time. The Money Back Guarantee shall not apply in the event of a Force Majeure, as described ction 12(g).

7) **Product Claims**

If a shipment is damaged, lost or destroyed, you may submit a claim for reimbursement (a "Claim"). A C must be submitted through PeriShip using the "Open a Claims Request" feature on the PeriShip web site wi even (7) days of the delivery commitment date, together with a copy of the invoice, which must be faxed to Ship. PeriShip reserves the right to extend the seven (7) day deadline for submission of Claims based on ex nary circumstances, in PeriShip's sole discretion. PeriShip will process any Claim submitted in accordanc this procedure and submit such Claim to FedEx on your behalf, provided however that PeriShip reserves ht to make an independent assessment of the merit of any Claim before submitting it to FedEx based on ctors described in the Client Manual and the FedEx Service Guide. FedEx will not provide immediate reimbur nt for a Claim on the day shipment was due, but PeriShip will use reasonable commercial efforts to expedite laim

Initials ties

submitted in compliance with these procedures. Additional information regarding such a claim is a e at http://www.fedex.com/us/service-guide/terms/index.html.

PeriShip asks its shippers to complete a claim waiver form allowing PeriShip to submit claims on be ' the shipper. Please see Exhibit B for the claim waiver form, to be completed at the time this service ag nt is signed.

If FedEx denies your Claim, at your request and subject to PeriShip's sole discretion, PeriShip will ɾ s an appeal of the denied Claim in accordance with the FedEx Service Guide.

You hereby acknowledge that FedEx makes all final decisions regarding a Claim and you hereby ag ot to hold PeriShip responsible for the ultimate disposition of any Claim. Additional information regardin Ex's Claims policy is available in the FedEx Service Guide.

8) **Required Permits**

Certain government permits may be required for shipments made under this Agreement. Yc reby acknowledge that you are solely responsible for obtaining and furnishing any and all permits requir any governmental agency with jurisdiction over the shipments, including without limitation the U.S. Dep nt of Agriculture, for the lawful transit of such shipments. You are responsible for enclosing all relevant pe with each shipment, and for ensuring that all permits are available to any governmental agency with jurisd over the shipments, upon request.

9) **Limitation of Liability**

YOU HEREBY AGREE THAT PERISHIP WILL NOT BE LIABLE IN ANY EVENT FOR ANY PERSONA JRY, DAMAGE TO PROPERTY OR OTHER DAMAGES OF ANY KIND OR MANNER SUSTAINED BY ' ANY PARTY CLAIMING ON YOUR BEHALF OF OR THROUGH YOU, OR ANY OTHER THIRI RTY, RESULTING FROM OR ARISING OUT OF OR RELATED TO THIS AGREEMENT OR TO ANY S ENT TENDERED PURSUANT TO THIS AGREEMENT, WHETHER DIRECT, INDIRECT, INCIDENTAL, IAL, PUNITIVE OR CONSEQUENTIAL.

10) **Indemnification**

YOU HEREBY AGREE TO INDEMNIFY, DEFEND AND HOLD HARMLESS PERISHIP, ITS DIF ORS, OFFICERS, EMPLOYEES, AGENTS, SUCCESSORS AND ASSIGNS, FROM AND AGAINST ANY ALL LIABILITIES, INJURIES, DAMAGES, LOSSES, EXPENSES, DEMANDS, CLAIMS, SUITS OR JUC NTS, INCLUDING REASONABLE ATTORNEYS' FEES AND EXPENSES, IN ANY WAY RELATED THE SHIPMENTS MADE UNDER THIS AGREEMENT.

11) **Term and Termination**

(a) Amendments. PeriShip reserves the right to amend this Service Agreement at any time. Peri ives you the opportunity to reject the changes by communicating to us in writing within 7 days froi date of the amendment goes into effect. If you reject the change/s in the manner provide such amendment, we may terminate your right to receive services and price support provided by F p as a condition of your rejection.

(b) Termination for Convenience. Notwithstanding any other provision of this Agreement, each shall

Initials ties

have the right to terminate this Agreement at any time, in such party's sole discretion for any n or no reason, upon two (2) business days' written notice to the other party, without any liability or tion. Notwithstanding the foregoing, upon such termination by either party, all amounts you m e to PeriShip shall become immediately due and payable.

(c) Termination Upon an Event of Default. PeriShip shall have the right to terminate this Agreen i the event of an Event of Default, as defined below. If an Event of Default occurs, PeriShip shal you written notice describing the Event of Default and allowing you ten (10) days to cure the Event ault. If the Event of Default is not cured within such ten (10) day period, this Agreement shall ir ately terminate and all amounts you may owe to PeriShip shall become immediately due and pi . An "Event of Default" will occur if you have: (i) been in Payment Default two (2) or more times any three (3) month period, (ii) assigned this Agreement in violation of Section 12(b), (iii) ter d or suspended your business, (iv) become subject to any bankruptcy or insolvency proceeding un leral or state statute, (v) become insolvent or subject to control by a trustee, receiver or similar b - (vi) wound up or liquidated your business, voluntarily or otherwise.

(d) Termination in the Event of Termination of FedEx/PeriShip Agreement. In the unlikely t of termination or expiration of the FedEx/PeriShip Agreement between FedEx and PeriShip, Pe may terminate this Agreement, effective immediately upon your receipt of notice of termination Ship values your business and wants to avoid any material business disruption to you as a t of termination under this Section 11(c). Accordingly, in the event of such termination, PeriShip iake commercially reasonable efforts to help you to register directly with FedEx for continue ping services.

12) Miscellaneous

(a) Notices. Any notices required hereunder shall be in writing and shall be given to the parties by ially recognized overnight courier service or by express, registered or certified mail, postage prep turn receipt requested, at the addresses set forth in the signature blocks below. Notices shall be d to have been given one (1) day after it has been sent when notice is given via nationally r ized overnight courier service, or two (2) days after it has been sent when notice is given via re d or certified mail. Either party may change its notice address by written notice to the other.

(b) Assignment. The terms and conditions of this Agreement are for your exclusive use and b You may not assign this Agreement or otherwise extend the terms and conditions of this Agreem any other party without the prior written consent of PeriShip, which may be withheld in PeriS sole discretion. Any assignment in violation of this Section 12(b) shall constitute an Event of De nder Section 11(b). A Change in Control, as defined in Section 12(h), shall be deemed an assignn ider this Section 12(b).

(c) Governing Law; Jurisdiction. This Agreement shall be governed by and construed in accordan i the internal laws of the State of Connecticut, without regard to conflicts of law rules. Any cont y or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled exc y by final and binding arbitration in accordance with the then-prevailing rules of the American ation Association, and judgment upon the award rendered may be entered in any court having j ction thereof. The arbitration proceedings shall be held in New Haven County, Connecticut befo ngle arbitrator.

(d) Amendments. This Agreement may be changed, modified or amended from time to time 1 a

Initials ties

writing signed by you and PeriShip.

(e) Severability. If any part of this Agreement, or the application thereof to any person or circumsta s for any reason held invalid or unenforceable, it shall be deemed severable and the validity of the ıder of this Agreement or the applications of such provision to other persons or circumstances sl l be affected thereby.

(f) No Third Party Beneficiaries. This Agreement is made and entered into solely for the b and protection of the parties hereto and their successors and permitted assigns, and no other persc ntity shall have any cause of action hereunder.

(g) Force Majeure. The inability of PeriShip to perform its duties under this Agreement (incluc without limitation timely delivery) because of forces beyond its reasonable control, incluc without limitation fires, floods, blizzards, landslides, winds, epidemics, acts or orders of . governmental authority, military action, insurrection, riot, war (whether or not declar explosions or partial or entire failure of utilities, shall not result in a default or material bre under this Agreement during the continuance of such forces. PeriShip shall notify you promptly as practical, in light of such forces, and shall carry on its duties hereunder u cessation of such forces.

(h) The terms and pricing of this Agreement shall be held in strict confidence and may not disclosed to anyone, other than your employees who have a need to know to perform tl business-related duties. Nothing herein shall restrict you from disclosing any portion of Agreement on a restricted basis pursuant to a judicial or other lawful governmental order, only to the extent of such order and only after providing PeriShip with immediate notice of s order so that PeriShip may contest the order to obtain a protective order, if PeriShip dee necessary.

IN WITNESS WHEREOF, each of the parties has executed this Agreement as of the date set forth abo

| Mouth Foods | | PeriShip, LLC | |
|---|---|---|---|
| Signature: | | Signature: | |
| Print Name: | SAM MURRAY | Print Name: | Fred G Volk III |
| Title: | CEO | Title: | Director of Operations |

Address:
69 3rd St
Brooklyn NY 11231

Phone Number:
718 576 1800

265 East Main Street, Unit A
Branford, CT 06405-2926
Phone Number:

Initials ties



46274709.1

**Exhibit A**

**Rate Schedule**

Please refer to your
personalized PeriShip
Customer Portal for
customized rate schedule.

